THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE:PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | § § § § § § | MDL Docket No. 1407 |
| This document relates to: Larry Dotson And Wife, Joyce Dotson v. American Home Products Corporation, and Wyeth-Ayerst Laboratories Company<br><br>C03-3796 | § § § § § § § | Order Granting Summary Judgment |

## ORDER GRANTING SUMMARY JUDGMENT

Defendant Wyeth Pharmaceutical Corporation ("Wyeth") has moved for summary judgment on the claims asserted by plaintiffs Larry Dotson and wife, Joyce Dotson. The Court, having reviewed the motion, any response thereto, and being well-advised finds that the motion should be GRANTED. It is therefore

ORDERED that summary judgment is granted in favor of Wyeth on all claims asserted by plaintiffs Larry Dotson and Joyce Dotson. It is also

ORDERED that the claims of plaintiffs Larry Dotson and Joyce Dotson are hereby dismissed with prejudice.

SO ORDERED.

Signed this 18th day of August, 2005.

_____
HONORABLE BARBARA J. ROTHSTEIN



03-CV-03796-ORD